United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Hope Vittorini, | § |
| | § |
| Plaintiff, | § |
| v. | § |
| | § Civil Action No. H-24-3623 |
| University of Houston, | § |
| | § |
| Defendant. | § |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act, this case is **REFERRED** to **United States Magistrate Judge Richard W. Bennett**.

All parties are **ORDERED** to advise the court within 20 days of the entry of this Order whether they will consent to the jurisdiction of **Magistrate Judge Richard W. Bennett** for all purposes in this case pursuant to 28 U.S.C. § 636(c). For the convenience of the parties the clerk is **ORDERED** to forward to plaintiff and defendant a "Consent to Proceed Before **United States Magistrate Judge Richard W. Bennett**" form with each party's copy of this Order.

Accordingly, the Initial Pretrial and Scheduling Conference set on December 20, 2024 at 3:00pm is **CANCELED**.

**SIGNED** at Houston, Texas, on this the 5th day of December, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE