United States District Court
Southern District of Texas
**ENTERED**
January 23, 2025
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>RICHARD W. BENNETT, PRESIDING</u>
DATE: <u>January 23, 2025</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>10:06-10:10AM</u>   AFTERNOON: _____
*************************************************************************

CIVIL NO. 4:24cv3623

Hope Vittorini,                     Mark Stewart Whitburn

   Plaintiff

University of Houston,              Mason Randle Currah

   Defendant

*************************************************************************

<u>MINUTE ENTRY ORDER:</u>

<u>The court conducted the Initial Conference and entered a Scheduling Order.</u>

Signed this <u>23rd</u> day of January, 2025.

_____
Richard W. Bennett
United States Magistrate Judge