IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOPE VITTORINI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-3623 |
| | § | |
| UNIVERSITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Hope Vittorini hereby give notice of voluntary dismissal of the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: March 17, 2025

                Respectfully submitted,

                s/ Mark Whitburn
                Mark Whitburn
                Texas Bar No. 24042144
                Sean Pevsner
                Texas Bar No. 24079130
                Whitburn & Pevsner, PLLC
                2000 E. Lamar Blvd., Suite 600
                Arlington, Texas 76006
                Tel: (817) 653-4547
                Fax: (817) 653-4477
                mwhitburn@whitburnpevsner.com

                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served on counsel of record for Defendant on March 17, 2025, through the electronic filing service as follows:

Mason Currah
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

                                              /s/ Mark Whitburn