United States District Court
Southern District of Texas
**ENTERED**
March 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Hope Vittorini, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-24-3623 |
| University of Houston, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On March 17, 2025, Plaintiff, Hope Vittorini, filed a Notice of Voluntary Dismissal (docket no. 19) stipulating to the dismissal of this action against Defendant, University of Houston, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 18th day of March, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE